# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHEDDIE LAMAR GRIFFIN,

    Plaintiff,

v.                                           CASE NO. 8:18-cv-1721-T-26TGW

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that the Government's Motion to Stay 28 U.S.C. § 2255 Proceedings (Dkt. 7) is granted. All proceedings in this case are stayed pending the Eleventh Circuit's en banc decision in Ovalles v. United States. The Clerk is directed to administratively close this case during the period of the stay. The Government is directed to immediately inform the Court when the Ovalles opinion is entered so that the stay can be lifted. The Court defers ruling on Plaintiff's Motion to Vacate (Dkt. 1) pending the Ovalles opinion.

**DONE AND ORDERED** at Tampa, Florida, on August 14, 2018.

                                    s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, *pro se*